**Order entered September 10, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00533-CR

### RAMIRO PAYAN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F09-72851-Y**

## ORDER

The Court **REINSTATES** the appeal.

On March 4, 2014, the Court ordered court reporter Kelly Bryant to file, within fifteen days, a supplemental record containing all of the exhibits, including DVD exhibits, admitted into evidence. On March 20, 2014, we received a letter from Ms. Bryant stating that she was having difficulty retrieving Defendant's Exhibit no. 2, a video CD. When the supplemental record with the exhibits was not filed by May 7, 2014, the Court again ordered Ms. Bryant to file the supplemental record with the exhibits within fifteen days. When the exhibits were not filed by July 8, 2014, we ordered the trial court to make findings regarding whether the record could be supplemented with the missing exhibits.

We **ADOPT** the trial court's findings that: (1) Sharon Hazlewood, official court reporter for the Criminal District Court No. 7, informed the trial court that she located the missing exhibits and will file a supplemental record containing the exhibits, including Defendant's Exhibit no. 2; and (2) Ms. Hazlewood should be given ten days from the September 2, 2014 findings to file the exhibits.

We **ORDER** Sharon Hazlewood to file, by **SEPTEMBER 17, 2014** a supplemental record containing all of the exhibits admitted into evidence during trial, including Defendant's Exhibit no. 2, a video CD. No further extensions will be granted.

We **ORDER** appellant to file his brief by **OCTOBER 17, 2014**.


/s/     LANA MYERS
        JUSTICE